Raymond O. SMITH, Libelant Appellant, v. UNITED STATES et al., Respondents-Appellees.

(Circuit Court of Appeals, Second Circuit. February 21, 1927.)

No. 155.

Appeal from the District Court of the United States for the Southern District of New York.

Austin & Abruzzo, of Brooklyn, N. Y. (Vine H. Smith, of New York City, of counsel), for appellant.

E. C. Sherwood, of New York City (William L. O'Brion, of New York City, of counsel), for appellee Brady & Gioe.

Emory R. Buckner, U. S. Atty., of New York City (Walker Schaffner, Sp. Asst. U. S. Atty., of New York City, of counsel), for other appellees.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Decree (18 F.[2d] 110) affirmed, without costs, under The Saratoga (C. C. A.) 94 F. 221, and Hardie v. New York, etc., Co. (C. C. A.) 9 F.(2d) 545.